# NOTICE OF MOTION COVER SHEET

| | |
|---|---|
| NAME OF DEBTOR<br>Sheldrake Lofts, LLC | CASE NUMBER<br>10-23650 (RDD) |
| PLAINTIFF/MOVANT<br>Remediation Capital Funding, LLC | DEFENDANT/RESPONDENT<br>Sheldrake Lofts, LLC |
| ATTORNEYS<br>Tannenbaum Helpern Syracuse & Hirschtritt LLP<br>900 Third Avenue<br>New York, New York 10022 | ATTORNEYS IF KNOWN<br>Davidoff Malito & Hutcher LLP<br>605 Third Avenue, 34th Floor<br>New York, NY 10158 |
| PRINT NAME OF ATTORNEY<br><br>David A. Pellegrino, Esq. | SIGNATURE<br>*[signature]* |

## NATURE OF SUIT
(Check all Boxes that Apply to This Motion)

__X__ To Grant Relief from the Automatic Stay
11 U.S.C. Section 362(d) ($150.00 fee required)

_____ To Withdraw the Reference of a Case
11 U.S.C. Section 157(d) ($75.00 fee required)

_____ To Compel Abandonment of Property
Of the Estate – B.R. 6007(b) ($75.00 fee required)

_____ To Convert (fee not required)

__X__ To Dismiss (fee not required)

_____ To Assume/Reject (fee not required)

_____ To Extend Time to Object to Discharge/Dischargeability

_____ To Extend Exclusivity Period to File Plan, Etc.

_____ Objections to Claims

_____ For Summary Judgment

_____ Other – Specify Type of Motion _____

FILING FEE (Check One) _____ Fee Attached __X__ Fee Paid Online

Wayne H. Davis, Esq.
David A. Pellegrino, Esq.
TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
Attorneys for Movant Remediation Capital Funding, LLC
900 Third Avenue
New York, New York 10022
Telephone: (212) 508-6700
Facsimile: (212) 371-1084

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

In re:

SHELDRAKE LOFTS, LLC,

     Debtor.

-------------------------------------x

**Hearing Date: November 1, 2010**[1]
**Hearing Time: 10:00 a.m.**
**Deadline for Filing of Objections:**
 **October 25, 2010**

CASE NO.: 10-23650
Chapter 11
JUDGE: Robert D. Drain

## NOTICE OF MOTION FOR ORDER
## GRANTING RELIEF FROM AUTOMATIC STAY, OR,
## IN THE ALTERNATIVE, DISMISSING PETITION

SIRS:

**PLEASE TAKE NOTICE** that Remediation Capital Funding, LLC ("Movant") seeks relief from the automatic stay as to certain property situated in the County of Westchester, designated as Block 823, Lots 389.2, 389.1, 229, 280, 285.1 and 285.2, and commonly known as (i) 188 Waverly Avenue, Mamaroneck, New York; (ii) 206-208 Waverly Avenue, Mamaroneck, New York; (iii) 270 Waverly Avenue, Mamaroneck, New York and (iv) 147 Plaza Avenue, Mamaroneck, New York (collectively, the "Premises") and will move before the Honorable

Robert D. Drain, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York located at 300 Quarropas Street, White Plains, NY 10601, on November 1, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order:

1. Pursuant to Bankruptcy Rule 4001, 11 U.S.C. § 362(d)(1) and 11 U.S.C. § 362(d)(2) granting Movant, its successors and/or assigns, relief from the automatic stay to complete its pending UCC foreclosure sale; or

2. In the alternative, dismissing the Debtor's bankruptcy petition pursuant to 11 U.S.C. § 1112(b); and

3. Permanently enjoining Debtor from using all cash collateral, including but not limited to rents, received by it in respect of the mortgaged property;

4. Waiving the fourteen-day sunder Federal Rule of Bankruptcy Procedure 4001(a)(3); and

5. Granting Movant such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief herein requested shall be in writing, shall state with particularity the grounds for the objection, shall be filed with the Clerk of the Bankruptcy Court and served upon the undersigned counsel for the Movant seven (7) days prior to the return date of the within Motion.

---

[1] Movant acknowledges that the hearing date is more than thirty (30) days after the filing date.

[925855-2]

Dated: September 21, 2010
New York, New York

Respectfully submitted,

TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP

_____
By: Wayne H. Davis, Esq.
    David A. Pellegrino, Esq.
*Attorneys for Movant Remediation Capital*
  *Funding LLC*
900 Third Avenue
New York, New York 10022
(212) 508-6700

To:

Sheldrake Lofts LLC, Debtor
217 Forest Avenue
New Rochelle, NY 10804

David H. Wander, Esq., Attorney for Debtor
Davidoff Malito & Hutcher LLP
Third Avenue, 34th Floor
New York, NY 10158

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004

[925855-2]