# DAVIDOFF MALITO & HUTCHER LLP

| GARDEN CITY | ATTORNEYS AT LAW | ALBANY |
| --- | --- | --- |
| 200 GARDEN CITY PLAZA | 605 THIRD AVENUE | 150 STATE STREET |
| GARDEN CITY, N.Y. 11530 | NEW YORK, NEW YORK 10158 | ALBANY, N.Y. 12207 |
| (516) 248-6400 | | (518) 465-8230 |

(212) 557-7200
FAX (212) 286-1884
WWW.DMLEGAL.COM

WASHINGTON, D.C.
444 NORTH CAPITOL STREET, N.W.
WASHINGTON, D.C. 20001
(202) 347-1117

January 25, 2011

**By ECF**
The Honorable Robert D. Drain
U.S. Bankruptcy Court, SDNY
300 Quarropas Street
White Plains, New York 11201

    Re:    In re Sheldrake Lofts LLC, Case No. 10-23650-rdd
            Motion By Debtor For Order Extending Exclusive Periods Pursuant To § 1121(d)
            Of The Bankruptcy Code And Granting Related Relief (Docket No. 73)
            **Hearing: February 14, 2011, at 10:00 a.m.**

Dear Judge Drain:

    This letter is to confirm that the hearing scheduled for the above-referenced motion has been adjourned from January 27, 2011 at 10:00 a.m. to February 14, 2011 at 10:00 a.m.

                                    Respectfully submitted,

                                    David Wander

cc: Evan Eisland, Esq. (by email)
    Jeffrey Traurig, Esq. (by email)
    Jarrett Behar, Esq. (by email)
    Greg Zipes, Esq. (by email)

00416798