# DAVIDOFF MALITO & HUTCHER LLP

GARDEN CITY
200 GARDEN CITY PLAZA
GARDEN CITY, N.Y. 11530
(516) 248-6400

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

(212) 557-7200
FAX (212) 286-1884
WWW.DMLEGAL.COM

ALBANY
150 STATE STREET
ALBANY, N.Y. 12207
(518) 465-8230

WASHINGTON, D.C.
444 NORTH CAPITOL STREET, N.W.
WASHINGTON, D.C. 20001
(202) 347-1117

February 11, 2011

**By ECF and Email**
Chambers of The Honorable Robert D. Drain
U.S. Bankruptcy Court, SDNY
300 Quarropas Street
White Plains, New York 11201

Attn: Eddie Andino

Re: In re Sheldrake Lofts LLC, Case No. 10-23650-rdd
**Hearing: March 2, 2011, at 10:00 a.m.**

Dear Eddie:

This letter will confirm that all matters in the case have been adjourned to March 2, 2011 at 10:00 a.m., including:

- Hearing on Discovery Dispute between Debtor and Remediation Capital Funding LLC (**"RCF"**)-Motion for Relief from the Automatic Stay Filed by RCF
- Debtor's Motion for Use of Cash Collateral: Final Hearing
- Debtor's Motion to Extend Exclusivity Periods

- Pretrial Conference: Sheldrake Estates Condominiums & Sheldrake Lofts LLC v. Village of Mamaroneck et. al. **Adv. Pro. Nos. # 10-08424 & 10-08426**

- Pretrial Conference: Sheldrake Lofts LLC v. Remediation Capital Funding, L&M Development Group, et al. **Adv. Pro. # 10-08447**

Very truly yours,

David Wander

cc: Evan Eisland, Esq. (by email)
Jeffrey Traurig, Esq. (by email)
Jonathan Bruno, Esq. (by email)
Jarrett Behar, Esq. (by email)
Leigh Smith, Esq. (by email)
Greg Zipes, Esq. (by email)

00417814